UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
MARC ROVNER, Individually and On Behalf of All Others
Similarly Situated,

                    Plaintiff,

                - against -

VONAGE HOLDINGS CORPORATION,
JEFFREY A. CITRON, MICHAEL SNYDER,
SHARON A. O'LEARY, BETSY S. ATKINS,
PETER BARRIS, MORTON DAVID, ORIT
GADIESH, J. SANDFORD MILLER, HUGH
PANERO, THOMAS J. RIDGE, JOHN J.
ROBERTS, HARRY WELLER, CITIGROUP
GLOBAL MARKETS, INC., DEUTSCHE BANK
SECURITIES, INC., UBS SECURITIES, LLC,
BEAR STEARNS & CO., INC., PIPER
JAFFRAY & CO., and THOMAS WEISEL
PARTNERS, LLC,

                    Defendants.
------------------------------------------------------------------ X

No. 1:06-cv-03403-ENV-JO

**STIPULATION AND ORDER**

        WHEREAS Plaintiff originally filed this Action in the Supreme Court of the State of New York, County of Kings, Index No. 17951/2006;

        WHEREAS Defendants believe that the federal courts have jurisdiction over this matter and have removed the Action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446;

        WHEREAS Defendants have moved before the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, that this Action be transferred for coordinated or consolidated pretrial proceedings with similar actions pending in other districts;

        WHEREAS Plaintiff has stated an intention to file a motion to remand this Action to the Supreme Court of the State of New York, County of Kings;

WHEREAS Plaintiff believes that the federal courts do not have jurisdiction in this matter, and that it is in the interest of judicial economy for this Court to decide the motion to remand prior to a hearing or transfer, if any, by the Judicial Panel on Multidistrict Litigation;

WHEREAS Defendants maintain that such a motion to remand is a pretrial proceeding that should be heard by the transferee court designated by the Judicial Panel on Multidistrict Litigation, in the event the Panel orders the transfer of this Action before the Plaintiff's motion has been finally decided;

WHEREAS the parties have agreed to the briefing schedule set forth below without any prejudice to the parties' foregoing positions or Defendants' motion for transfer;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants by their undersigned counsel, as follows:

1. If Plaintiff files a motion to remand this action, Defendants shall file and serve any opposition papers within 30 days after receiving service of such motion.

2. Plaintiff shall file and serve any reply papers within 21 days after receiving service of Defendants' opposition papers.

3. If Plaintiff's motion to remand this action is denied, Plaintiffs shall not object to the transfer of this action for coordinated or consolidated pretrial proceedings.

Dated: New York, New York
August 2, 2006

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: _____
Mitchell A. Lowenthal

Deborah M. Buell
One Liberty Plaza

**WEISS & LURIE**

By: _____
David Katz

Joseph H. Weiss
551 Fifth Avenue
New York, NY 10176

New York, New York 10006

Attorneys for Defendants Citigroup Global Markets Inc., Deutsche Bank Securities Inc., UBS Investment Bank, Bear Stearns & Co. Inc., Piper Jaffray & Co., and Thomas Weisel Partners LLC

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: *Rebecca N*
Rebecca Nordhaus

Jeffrey B. Rudman
John F. Batter
Robert T. Howell
60 State Street
Boston, Massachusetts 02109

Attorneys for Defendant Vonage Holdings Corp. and the Individual Defendants

**STULL, STULL & BRODY**
Jules Brody
6 East 45th Street
New York, NY 10017

SO ORDERED, this ___ day of August 2006.

_____
The Honorable Eric N. Vitaliano
United States District Judge